IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-00298-FL

| | | |
|---|---|---|
| MICHAEL ANTONY ATKINSON, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER TO SEAL PORTION |
| v. | ) | OF RECORD |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon Plaintiff's Ex-Parte Motion to Seal a portion of the record in the above matter, it is hereby:

ORDERED, that the initial filing of the Complaint and all forms of appendix filed on July 28, 2010 be sealed so as to not allow public examination.

This __10__ day of __August__, 2010.

BY: _____
United States District Court