IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-cv-298-FL

| | |
|---|---|
| MICHAEL ATKINSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

**ORDER**

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $11,164.38 for attorney fees, representing 25% of Plaintiff's accrued back benefits less the previously paid fee, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, the sum of $11,164.38 from Plaintiff's back benefits and upon the payment of such sum this case is dismissed with prejudice.

This 10TH day of May, 2013.

_____
United States District Judge